ELIZABETH BINNS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MARTINIQUE ASSOCIATES, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Green & Lasky* and *Messrs. Stevenson & Willette* for the petitioners.

*Messrs. Harrison & Jacobs, Messrs. Lieblich & Cole* and *Mr. Richard E. Cherin* for the respondents.

May 28, 1962. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH L. FERRARO, DEFENDANT-PETITIONER.

*Mr. Louis Santorf* for the petitioner.

*Mr. Patrick J. McGann, Jr.,* for the respondent.

May 28, 1962. Denied.